**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JADA VAN GALDER** **PLAINTIFF**

**V.** **CASE NO. 5:26-CV-5054**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

Currently before the Court is the Report and Recommendation (Doc. 23) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, dated November 5, 2026, regarding Plaintiff's Motion for Attorney's Fees (Doc. 20). More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 20) is **GRANTED**, and Plaintiff is awarded the sum of **$5,842.50** under the Equal Access to Justice Act, which represents 22.5 hours of attorney time at an hourly rate of $257, along with 0.8 hours of paralegal time at an hourly rate of $75.

**IT IS SO ORDERED** on this 20th day of November, 2026.

*<u>/s/ Timothy L. Brooks</u>*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE